AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of New York

Holly Parks, as Administrator of the Estate of her daughter Heather Roselli,

*Plaintiff(s)*

v.

Laura Saltsman, David Viggiani, Paul Stevens, Jennifer Wall, Stacey Valder, Thomas Fitzsimmons, Sarah Dilallo, Sandra Abdo, Jasmine Hines, and John/Jane Doe

*Defendant(s)*

Civil Action No. 20-cv-6384

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Laura Saltsman, 25 Eagle St., Apt. 2, Mount Morris, NY 14510-1241

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew G. Celli, Jr.
Ilann M. Maazel
Ananda V. Burra
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK

*CLERK OF COURT*

Date: 6/9/2020

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of New York

| | | |
|---|---|---|
| Holly Parks, as Administrator of the Estate of her daughter Heather Roselli,<br>*Plaintiff(s)*<br>v.<br>Laura Saltsman, David Viggiani, Paul Stevens, Jennifer Wall, Stacey Valder, Thomas Fitzsimmons, Sarah Dilallo, Sandra Abdo, Jasmine Hines, and John/Jane Doe<br>*Defendant(s)* | ) | Civil Action No. 20-cv-6384 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* David Viggiani, 29 Perry P, Canan, NY 14424

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew G. Celli, Jr.
Ilann M. Maazel
Ananda V. Burra
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




*CLERK OF COURT*

Date: 6/9/2020

Mary C. Loewenguth

*Signature of Clerk or Deputy Clerk*

Mary C. Loewenguth

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of New York

Holly Parks, as Administrator of the Estate of her daughter Heather Roselli,

*Plaintiff(s)*

v.

Laura Saltsman, David Viggiani, Paul Stevens, Jennifer Wall, Stacey Valder, Thomas Fitzsimmons, Sarah Dilallo, Sandra Abdo, Jasmine Hines, and John/Jane Doe

*Defendant(s)*

Civil Action No. 20-cv-6384

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Paul A. Stevens, 459 Fifty Six Rd., Petersburgh, NY 12138-5616

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew G. Celli, Jr.
Ilann M. Maazel
Ananda V. Burra
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK

E PLURIBUS UNUM

*CLERK OF COURT*

Date: 6/9/2020

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* __________
____________________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of New York

| | |
|---|---|
| Holly Parks, as Administrator of the Estate of her daughter Heather Roselli,<br>*Plaintiff(s)*<br>v.<br>Laura Saltsman, David Viggiani, Paul Stevens, Jennifer Wall, Stacey Valder, Thomas Fitzsimmons, Sarah Dilallo, Sandra Abdo, Jasmine Hines, and John/Jane Doe<br>*Defendant(s)* | Civil Action No. 20-cv-6384 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jennifer M. Wall, Finger Lakes DDSO, 703 East Maple Avenue, Newark, NY 14513

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew G. Celli, Jr.
Ilann M. Maazel
Ananda V. Burra
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK

E PLURIBUS UNUM

*CLERK OF COURT*

Date: 6/9/2020

Mary C. Loewenguth

*Signature of Clerk or Deputy Clerk*

Case 6:20-cv-06384-FPG-MWP Document 2 Filed 06/09/20 Page 2 of 2



Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of New York

| | |
|---|---|
| Holly Parks, as Administrator of the Estate of her daughter Heather Roselli,<br>*Plaintiff(s)*<br>v.<br>Laura Saltsman, David Viggiani, Paul Stevens, Jennifer Wall, Stacey Valder, Thomas Fitzsimmons, Sarah Dilallo, Sandra Abdo, Jasmine Hines, and John/Jane Doe<br>*Defendant(s)* | Civil Action No. 20-cv-6384 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Stacey Valder, 3307 Stacy Rd., Waterloo, NY 13165-8743

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew G. Celli, Jr.
Ilann M. Maazel
Ananda V. Burra
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK

*CLERK OF COURT*

Date: 6/9/2020

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of New York

Holly Parks, as Administrator of the Estate of her daughter Heather Roselli,

*Plaintiff(s)*

v.

Laura Saltsman, David Viggiani, Paul Stevens, Jennifer Wall, Stacey Valder, Thomas Fitzsimmons, Sarah Dilallo, Sandra Abdo, Jasmine Hines, and John/Jane Doe

*Defendant(s)*

Civil Action No. 20-cv-6384

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Thomas Fitzsimmons, 3214 34th St., Astoria, NY 11106-1881

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew G. Celli, Jr.
Ilann M. Maazel
Ananda V. Burra
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK

CLERK OF COURT

Date: 6/9/2020

*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of New York

| | | |
|---|---|---|
| Holly Parks, as Administrator of the Estate of her daughter Heather Roselli,<br>*Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 20-cv-6384 |
| Laura Saltsman, David Viggiani, Paul Stevens, Jennifer Wall, Stacey Valder, Thomas Fitzsimmons, Sarah Dilallo, Sandra Abdo, Jasmine Hines, and John/Jane Doe<br>*Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sarah Dillalo
c/o Peter J, Glennon, Esq.
The Glennon Law Firm, P.C.
160 Linden Oaks
Rochester, NY 14625

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew G. Celli, Jr.
Ilann M. Maazel
Ananda V. Burra
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/9/2020

*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________

was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ______________________________

______________________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________

______________________________ , a person of suitable age and discretion who resides there,

on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ____________

______________________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

______________________________

*Server's signature*

______________________________

*Printed name and title*

______________________________

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of New York

Holly Parks, as Administrator of the Estate of her daughter Heather Roselli,

*Plaintiff(s)*

v.

Laura Saltsman, David Viggiani, Paul Stevens, Jennifer Wall, Stacey Valder, Thomas Fitzsimmons, Sarah Dilallo, Sandra Abdo, Jasmine Hines, and John/Jane Doe

*Defendant(s)*

Civil Action No. 20-cv-6384

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sandra L. Abdo, 121 Woodstock Rd. # 123, Rochester, NY 14609-7639

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew G. Celli, Jr.
Ilann M. Maazel
Ananda V. Burra
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/9/2020

*Signature of Clerk or Deputy Clerk*

Case 6:20-cv-06384-FPG Document 1-7 Filed 06/09/20 Page 16 of 18

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

Case 6:20-cv-06384-EAW Document 2 Filed 06/09/20 Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of New York

Holly Parks, as Administrator of the Estate of her daughter Heather Roselli,

*Plaintiff(s)*

v.

Laura Saltsman, David Viggiani, Paul Stevens, Jennifer Wall, Stacey Valder, Thomas Fitzsimmons, Sarah Dilallo, Sandra Abdo, Jasmine Hines, and John/Jane Doe

*Defendant(s)*

Civil Action No. 20-cv-6384

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jasmine Hines, 20 Mazda TE, Rochester, NY 14621

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew G. Celli, Jr.
Ilann M. Maazel
Ananda V. Burra
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT — WESTERN DISTRICT OF NEW YORK

*CLERK OF COURT*

Date: 6/9/2020

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
____________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc: