| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Andrew G. Celli, Jr., Esq.<br>EMERY CELLI BRINCKERHOFF & ABADY LLP<br>600 FIFTH AVENUE 10TH FLOOR<br>NEW YORK, NY 10020<br>*Telephone No:* (212) 763-5000<br>*Attorney For:* Plaintiff<br>*Ref. No. or File No.:* | ***For Court Use Only*** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>USDC Western District of New York | |
| *Plaintiff:* HOLLY PARKS, as Administrator of the Estate of her daughter HEATHER ROSELLI<br>*Defendant:* LAURA SALTSMAN, et al. | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>6:20-cv-06384-EAW |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action, Complaint

3. *a. Party served:* Thomas Fitzsimmons
   *b. Person served:* Thomas Fitzsimmons, served under F.R.C.P. Rule 4.

4. *Address where the party was served:* 3214 34th St 2D, Astoria, NY 11106

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Sat, Jun 13 2020 (2) at: 09:29 AM

6. ***Person Who Served Papers:***
   a. Steve Kemp
   **b. FIRST LEGAL**
   3600 Lime St., Ste. 626
   RIVERSIDE, CA 92501
   c. (951) 779-1110

   **d.** ***The Fee*** *for Service was:*

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

06/17/2020
(Date)

(Signature)