

ELENA F. CARIOLA
CAITLIN C. CARRIGG
MARK S. HOLLENBECK
KEVIN C. HOYT
ANTHONY B. IACOVANGELO
FRANK B. IACOVANGELO *
TRISHA L. KIRSCH
EUGENE M. O'CONNOR
JOHN C. PALERMO
PAUL V. PETROSINO
MICHAEL J. RINGROSE
SEEMA ALI RIZZO

*PUBLIC ADMINISTRATOR
MONROE COUNTY

SUITE 100
180 CANAL VIEW BLVD.
ROCHESTER, NEW YORK 14623

TELEPHONE (585) 454-7145
FAX (585) 454-2476

Email: info@gallolaw.com
Web Page: http://www.GalloLaw.com

DAVID D. SPOTO
MINDY A. ST. JOHN
SANDRA G. WILMOT
JAMES S. WOLFORD
EDWARD A. WURTZ
GERALD J. VASILE

HON. EDMUND A. CALVARUSO
Of Counsel
Surrogate Court Judge
2000-2014
Supreme Court Justice
1990-1999

LOUIS J. GALLO
1919 - 2015

July 13, 2020

**By Fax 585-613-4325 and Hand Delivery**

Hon. Elizabeth A. Wolford
United States District Court
  for the Western District of New York
Keating Federal Building
100 State Street
Rochester, NY 14614

Re: *Holly Parks, as Administrator of the Estate of her daughter Heather Roselli v. Sandra Abdo, et al.*
Civil Action No.: 20-cv-6384 – EAW

Dear Judge Wolford:

As you may recall, we have been retained by Sandra Abdo, a Defendant in the above-referenced matter for the sole purpose of seeking a defense and indemnification from the State of New York.

On June 15, 2020, we served the State of New York with notice pursuant to New York State Public Officers Law §17 requesting that the State provide Ms. Abdo with a defense and indemnification in this matter. As of this date, the State Attorney General has not made a determination on our demand. If they do not accept Ms. Abdo's defense, it is our intent to initiate a proceeding pursuant to New York State CPLR Article 78 seeking an Order requiring the State to defend Ms. Abdo.

We have discussed this matter with Counsel for the Plaintiff, and they have agreed to allow a further extension of time to answer or otherwise move with respect to the Complaint until July 27, 2020.

Accordingly, we would ask the Court to so order the extension of time to Answer.

July 13, 2020
Page 2

If you have any questions or concerns, please feel free to contact the undersigned.

Very truly yours,

David D. Spoto
Direct Dial: (585) 340-4238
Email: DavidSpoto@GalloLaw.com

cc: Ananda V. Burra, Esq. (aburra@ecbalaw.com)

So Ordered: _____
DATED: 07/13/2020