

ELENA F. CARIOLA
CAITLIN C. CARRIGG
MARK S. HOLLENBECK
KEVIN C. HOYT
ANTHONY B. IACOVANGELO
FRANK B. IACOVANGELO *
TRISHA L. KIRSCH
EUGENE M. O'CONNOR
JOHN C. PALERMO
PAUL V. PETROSINO
MICHAEL J. RINGROSE
SEEMA ALI RIZZO

*PUBLIC ADMINISTRATOR
 MONROE COUNTY

SUITE 100
180 CANAL VIEW BLVD.
ROCHESTER, NEW YORK 14623

TELEPHONE (585) 454-7145
FAX (585) 454-2476

Email: info@gallolaw.com
Web Page: http://www.GalloLaw.com

DAVID D. SPOTO
MINDY A. ST. JOHN
SANDRA G. WILMOT
JAMES S. WOLFORD
EDWARD A. WURTZ
GERALD J. VASILE

HON. EDMUND A. CALVARUSO
Of Counsel
Surrogate Court Judge
2000-2014
Supreme Court Justice
1990-1999

LOUIS J. GALLO
1919 - 2015

July 24, 2020

**By Fax 585-613-4325 and Hand Delivery**

Hon. Elizabeth A. Wolford
United States District Court
   for the Western District of New York
Keating Federal Building
100 State Street
Rochester, NY  14614

        Re:    *Holly Parks, as Administrator of the Estate of her daughter Heather Roselli v. Sandra Abdo, et al.*
              Civil Action No.: 20-cv-6384 – EAW

Dear Judge Wolford:

      Please be advised that we were retained by Sandra Abdo, a Defendant in the above-referenced matter for the sole purpose of seeking a defense and indemnification from the State of New York.

      On June 15, 2020, we served the State of New York with notice pursuant to New York State Public Officers Law §17 requesting that the State provide Ms. Abdo with a defense and indemnification in this matter.

      On July 22, 2020, we learned that the State of New York will be allowing Ms. Abdo to select private counsel to represent her in this action and New York State will pay for said counsel.

      Accordingly, we will be meeting with Ms. Abdo to discuss possible retention of Gallo & Iacovangelo.

      We have discussed this matter with Counsel for the Plaintiff, and they have agreed to extend the time to answer or otherwise move with respect to the Complaint until August 12, 2020.

July 24, 2020
Page 2

    Accordingly, we would ask the Court to so order the extension of time to Answer.

    If you have any questions or concerns, please feel free to contact the undersigned.

    We sincerely appreciate the Court's courtesies in this matter.

                                          Very truly yours,

                                          David D. Spoto
                                          Direct Dial: (585) 340-4238
                                          Email: DavidSpoto@GalloLaw.com

cc: Ananda V. Burra, Esq. (aburra@ecbalaw.com)

So Ordered: _____
             DATED: 07/31/2020